No. 17-cv-05281-WHO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
**CFB LIQUIDATING CORPORATION, f/k/a CHICAGO FIRE BRICK CO.,**
an Illinois Corporation, et al.
*Debtors.*

**CONTINENTAL CASUALTY COMPANY**
*Appellant,*

v.

**BARRY A. CHATZ, as Trustee for the CFB/WFB LIQUIDATING TRUST**
*Appellee.*

On appeal from the United States Bankruptcy Court, Hon. Roger L. Efremksy
Case No. 01-45483 / Adv. No. 01-45483 RLE

**STIPULATION AND PROPOSED ORDER
RE: BRIEFING SCHEDULE ON MOTION**

**DUANE MORRIS LLP**
Ray Wong, SBN: 84193
Suzanne R. Fogarty, SBN: 154319
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Telephone: (415) 957-3000
Email: RLWong@DuaneMorris.com

**DUANE MORRIS LLP**
Jeff D. Kahane, SBN: 223329
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 689-7400
Email: JKahane@DuaneMorris.com

**GREINES, MARTIN, STEIN & RICHLAND LLP**
Laurie J. Hepler, SBN 160884
One Embarcadero Center, Suite 500
San Francisco, California 94111  /  Telephone: (415) 315-1774
Email: lhepler@gmsr.com

*Attorneys for Appellant* CONTINENTAL CASUALTY COMPANY

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **FRANKGECKER LLP** |
| Sean M SeLegue, SBN: 154319 | Joseph D. Frank |
| Three Embarcadero Center,10th Fl. | (IL Bar No. 6216085, *pro hac vice*) |
| San Francisco, CA 94111-4024 | Jeremy C. Kleinman |
| Telephone: (415) 471-3100 | (IL Bar No. 6270080, *pro hac vice*) |
| Sean.SeLegue@arnoldporter.com | 325 North LaSalle Street, Suite 625 |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 276-1400 |
| | jfrank@fgllp.com / jkleinman@fgllp.com |

*Attorneys for Appellee* BARRY A. CHATZ,
Trustee of the CFB/WFB Liquidating Trust

# STIPULATION RE. BRIEFING SCHEDULE ON MOTION

On October 1, 2018, the Trustee filed his Notice of Motion and Motion for Supplemental Award Of Attorneys' Fees (Dkt. 30 in case 3:17-CV-05281-WHO), making the Opposition due Monday, October 15, 2018, and the reply thereafter according to rule. The hearing is set for November 28, 2018.

Without change to the hearing date, and to permit continued discussion of a resolution to the entire action, the parties stipulate and ask the Court to order postponement of **the Opposition deadline to October 29, 2018**, and setting of the **Reply deadline on November 5, 2018**. These changes would have no effect on any scheduling for this case, as this motion is the last anticipated event.

Dated: October 12, 2018　　**GREINES, MARTIN, STEIN & RICHLAND LLP**
Laurie J. Hepler

By　/s/ Laurie J. Hepler
　　Laurie J. Hepler
Attorneys for CONTINENTAL CASUALTY CO.

Dated: October 12, 2018　　**ARNOLD & PORTER KAYE SCHOLER LLP**
Sean M. SeLegue

By　/s/ Sean M. SeLegue
　　Sean M. SeLegue
Attorneys for BARRY A. CHATZ, TRUSTEE OF THE CFB/WFB LIQUIDATING TRUST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___October 15___, 2018　　_____
WILLIAM H. ORRICK, District Judge